IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL N. JOHNSON EL BEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-12-0667 |
| | § | |
| SCOTT HENNEKE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Daniel Ben Johnson El Bey's motion to proceed IFP was denied because the civil action he sought was duplicative of another pending action. He has moved a second time for reconsideration of this order without addressing the basis for the denial. This second motion for reconsideration is denied.

SIGNED on March 25, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge